

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-228-CV

TEXAS MIDSTREAM GAS                                        APPELLANT
SERVICES, L.L.C.

V.

BILL LANFORD, CARL GRASSI,                                   APPELLEES
ANTHONY REED, BLAKELY
CABANO, DALE CLARK,
RICHARD HUTCHISON,
DARLENE HOOKS, DAVID FAIN,
TOM ICE, LINDA COX, THOMAS
MUIR, CHUCK BARNETT, LENNY
WILLIAMS, AND WARNER JAMES

----------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Texas Midstream Gas Services, L.L.C.'s Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:   September 30, 2010